296 F.2d 548
 Elijah SUMMERS, Appellant,
v.
SKIBS A/S MYKEN.
 No. 13458.
 No. 13609.
 United States Court of Appeals Third Circuit.
 Argued October 31, 1961.
 Decided November 17, 1961.
 
 Marvin I. Barish, Philadelphia, Pa. (Abraham E. Freedman, Freedman, Landy & Lorry, Philadelphia, Pa., on the brief), for appellant.
 Harrison G. Kildare, Philadelphia, Pa. (Rawle & Henderson, Philadelphia, Pa., Thomas F. Mount, Philadelphia, Pa., on the brief), for appellee.
 Before McLAUGHLIN, STALEY and FORMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Despite the able and thorough argument on behalf of appellant we are convinced that the prospective interpretation of the Pennsylvania Non-Resident Vessel Owner Act, 12 P.S. § 336, by the district court is sound.
 
 
 2
 The judgment of the district court will be affirmed.